| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Steve J Covich** | Social Security number or ITIN **xxx–xx–4664** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Gloria E Covich** (Spouse, if filing) | Social Security number or ITIN **xxx–xx–3338** |
| First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **14–07592** | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steve J Covich                                        Gloria E Covich

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

April 9, 2019                              **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-07592-PSH
Steve J Covich                                                            Chapter 13
Gloria E Covich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 2            Date Rcvd: Apr 09, 2019
                              Form ID: 3180W             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db/jdb         +Steve J Covich,    Gloria E Covich,    1641 Amaryllis Dr,    Romeoville, IL 60446-5131
21608874       +AT T,    C/O EOS CCA,    700 Longwater Dr,    Norwell,MA 02061-1624
21608894        Aaron Rents Inc.,    Bankruptcy Dept.,     5620 Southwick Blvd,    Kennesaw,GA 30156
22112724       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
21706753       +Atlas Acquisitions LLC  (FIRST USA),    294 Union St.,    Hackensack, NJ 07601-4303
21608902       +CVF Consumer Acquisition Co,    PO Box 2270,    Southgate,MI 48195-4270
21608890       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21608891       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21608905        J.C. Christensen & Associates,    Bankruptcy Dept.,    PO Box 519,    Sauk Rapids,MN 56379-0519
21608897       +JB Robinson Jewelers,    Bankruptcy Dept.,    2186 Southlake Mall,    Space AU-522,
                 Merrillville,IN 46410-6439
21608904       +MQC Collection Services,    Bankruptcy Dept.,    PO Box 140700,    Toledo,OH 43614-0700
21608882       +Merchants Credit Guide,    Attn: Bankruptcy Dept.,     223 W Jackson Blvd Ste 4,
                 Chicago,IL 60606-6914
21608896       +Rush Medical Center,    Bankruptcy Dept.,     1700 W. Van Buren,    Chicago,IL 60612-3228
21835215       +SunTrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    P.O.Box 27767,
                 Richmond, VA 23261-7767
22840223       +SunTrust Mortgage, Inc.,    c/o Pierce and Associates,    1 N. Dearborn, Suite 1300,
                 Chicago, IL. 60602-4321
21608892       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21808145       +US Department of HUD,    c/o Novad Management Consulting LLC,    Shepherd's Mall,
                 2401 N.W. 23rd Street Suite 1A,    Oklahoma City, OK 73107-2423
21608903       +University Pathologists, PC,    Bankruptcy Dept.,    PO Box 805864,    Chicago,IL 60680-4120
21608895       +Wesglen Master Association,    c/o Vanguard Community Mgmt,    50 E Commerce St,    Suite 110,
                 Schaumburg,IL 60173-5308
21608877       +Will County Circuit Court,    Bankruptcy Dept.,    14 W. Jefferson St,    Joliet,IL 60432-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21635018        EDI: AIS.COM Apr 10 2019 06:18:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
21608906       +EDI: ACCE.COM Apr 10 2019 06:18:00      Asset Acceptance LLC,    Bankruptcy Dept.,    PO Box 2036,
                 Warren,MI 48090-2036
23866204       +EDI: ATLASACQU.COM Apr 10 2019 06:18:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
21608878       +E-mail/Text: bk@blittandgaines.com Apr 10 2019 02:39:59      Blitt and Gaines, PC,
                 Bankruptcy Dept.,    661 Glenn Ave.,    Wheeling,IL 60090-6017
21608888       +EDI: MID8.COM Apr 10 2019 06:18:00      Credit ONE BANK  N.A.,    C/O Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
21608875       +EDI: RESURGENT.COM Apr 10 2019 06:18:00      Credit ONE BANK  N.A.,    C/O LVNV Funding LLC,
                 Po Box 740281,    Houston,TX 77274-0281
21608873       +EDI: AFNIRECOVERY.COM Apr 10 2019 06:18:00      Directv,   C/O Afni, INC.,    Po Box 3097,
                 Bloomington,IL 61702-3097
21608881       +EDI: PRA.COM Apr 10 2019 06:18:00      GE Money BANK,    C/O Portfolio Recovery ASS,
                 120 Corporate Blvd Ste 1,    Norfolk,VA 23502-4952
21608886       +EDI: MID8.COM Apr 10 2019 06:18:00      HSBC BANK Nevada  N.A.,    C/O Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
21608879       +EDI: PRA.COM Apr 10 2019 06:18:00      HSBC BANK Nevada  N.A.,    C/O Portfolio Recovery ASS,
                 120 Corporate Blvd Ste 1,    Norfolk,VA 23502-4952
21608876       +EDI: RESURGENT.COM Apr 10 2019 06:18:00      HSBC BANK Nevada  N.A. HSBC CA,
                 C/O LVNV Funding LLC,    Po Box 740281,    Houston,TX 77274-0281
21608893       +EDI: IRS.COM Apr 10 2019 06:18:00      IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,
                 Philadelphia, PA 19101-7346
21713674       +EDI: ATTWIREBK.COM Apr 10 2019 06:18:00      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
21608900       +E-mail/Text: rev.bankruptcy@illinois.gov Apr 10 2019 02:40:33
                 Illinois Department of Revenue,    Bankruptcy Dept.,    PO Box 64338,    Chicago,IL 60664-0291
21991256        EDI: RESURGENT.COM Apr 10 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
21991257        EDI: RESURGENT.COM Apr 10 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
21991254        EDI: RESURGENT.COM Apr 10 2019 06:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CVF Consumer Acquisition,    Company,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
21608901       +E-mail/Text: clientservices@receivemorermp.com Apr 10 2019 02:42:03
                 Medical Recovery Specialists,    Bankruptcy Dept.,    2250 E. Devon Ave., Ste. 352,
                 Des Plaines,IL 60018-4521
21608898        EDI: PRA.COM Apr 10 2019 06:18:00      Portfolio Recovery Assoc.,    Bankruptcy Dept.,
                 120 Corporate Blvd., Ste. 100,    Norfolk,VA 23502
```

```
District/off: 0752-1           User: nbatson              Page 2 of 2             Date Rcvd: Apr 09, 2019
                               Form ID: 3180W             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21608880        EDI: PRA.COM Apr 10 2019 06:18:00      Portfolio Recovery Associates,   Bankruptcy Dept.,
                 PO Box 12914,    Norfolk,VA 23541
21959509        EDI: PRA.COM Apr 10 2019 06:18:00      Portfolio Recovery Associates, LLC,
                 successor to GE MONEY BANK, F.S.B.,   PayPal PRA Receivables Management LLC,   PO Box 41067,
                 Norfolk, VA 23541
22112106        EDI: PRA.COM Apr 10 2019 06:18:00      Portfolio Recovery Associates, LLC,
                 successor to HSBC BANK NEVADA, N.A.,   PRA Receivables Management LLC,   PO Box 41067,
                 Norfolk, VA 23541
21713203        EDI: Q3G.COM Apr 10 2019 06:18:00      Quantum3 Group LLC as agent for,
                 Galaxy International Purchasing LLC,   PO Box 788,   Kirkland, WA  98083-0788
21713202        EDI: Q3G.COM Apr 10 2019 06:18:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA  98083-0788
21608889       +EDI: STF1.COM Apr 10 2019 06:19:00      SUNTRUST MORTGAGE/CC 5,   Attn: Bankruptcy Dept.,
                 1001 Semmes Ave,    Richmond,VA 23224-2245
22735843        EDI: RMSC.COM Apr 10 2019 06:18:00      Synchrony Bank,   c/o Recovery Management Systems Corp.,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
21608887       +EDI: MID8.COM Apr 10 2019 06:18:00      T-Mobile,   C/O Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego,CA 92123-2255
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21608899*      +IRS Priority Debt,    Bankruptcy Dept.,   PO Box 7346,   Philadelphia,PA 19101-7346
21608883*      +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
                 Chicago,IL 60606-6914
21608884*      +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
                 Chicago,IL 60606-6914
21608885*      +Merchants Credit Guide,   Attn: Bankruptcy Dept.,   223 W Jackson Blvd Ste 4,
                 Chicago,IL 60606-6914
21668868      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    Suntrust Mortgage Inc anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Briana   Czajka    on behalf of Debtor 2 Gloria E Covich ndil@geracilaw.com
              Briana   Czajka    on behalf of Debtor 1 Steve J Covich ndil@geracilaw.com
              Charles F Kinzer    on behalf of Debtor 2 Gloria E Covich ndil@geracilaw.com
              Charles F Kinzer    on behalf of Debtor 1 Steve J Covich ndil@geracilaw.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Kinnera   Bhoopal    on behalf of Creditor    Suntrust Mortgage Inc kinnera.bhoopal@mccalla.com
              Nathan E Curtis    on behalf of Debtor 2 Gloria E Covich ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor 1 Steve J Covich ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni   Townsend    on behalf of Creditor    SunTrust Bank toni.townsend@mccalla.com,
               northerndistrict@mccalla.com
                                                                                              TOTAL: 11
```